# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DARYL ARMSTEAD,<br><br>  Petitioner,<br><br>v.<br><br>MOTI RAGHUNATH, et al.,<br><br>  Respondent. | No. CV 07-2246-CJC (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the Petition, the Magistrate Judge's Report and Recommendation, the Objections to the Report and Recommendation, and all records in the file.  Having made a de novo determination, the Court agrees with the recommendation of the Magistrate Judge.

IT IS ORDERED that (1) the Report and Recommendation is adopted; (2) Defendant's motion for summary judgment is granted; (3) Plaintiff's motion for leave to amend the Second Amended Complaint is denied; and (4) this action is dismissed with prejudice.

DATED: December 1, 2009

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE