JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DARYL ARMSTEAD, | No. CV 07-2246-CJC (AGR) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MOTI RAGHUNATH, et al., | |
| Defendant(s). | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that Judgment is entered for the defendants and this action is dismissed with prejudice.

DATED: December 1, 2009

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE